UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BAKERSFIELD POLICE OFFICER;<br>DOSSEY Badge #897 and Does<br>1 Through 10,<br><br>    Defendants.<br>_____/ | 1:08-cv-01168-AWI-BAK [SMS]<br><br>**ORDER REQUIRING PLAINTIFF TO PERSONALLY APPEAR IN FRESNO COURT FOR STATUS CONFERENCE**<br><br>**Date:** 5/11/09<br>**Time:** 11:00 a.m.<br>**Ctrm:** 7 ~ 6th **Floor**<br>**Judge:** Hon. Sandra M. Snyder<br>**Address:** 2500 Tulare Street<br>Fresno, CA 93721<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE PRO SE PLAINTIFF AT CURRENT ADDRESS OF RECORD** |

    Plaintiff is proceeding in propria persona or pro se in this action alleging civil rights violations pursuant to 42 U.S.C. § 1983.

    First, due to the current resignation of Magistrate Judge Theresa A. Goldner (TAG) in Bakersfield, this case has been temporarily reassigned to Magistrate Judge Sandra M. Snyder (SMS) in Fresno, pursuant to the Notice of Temporary Assignment (Doc. 8), filed April 3, 2009, thereby temporarily changing the case number/initials to:

          **1:08-cv-01168-AWI-BAK [SMS]**

which must be correctly set forth on all documents and/or pleadings, as of April 3, 2009, until further order of the Court.

Second, Local Rule 7-131(a) regarding Counsel Identification requires, "The name, address, **telephone number** *[emphasis added]* . . . of all counsel (or, if in propria persona, of the party) . . . shall appear in the upper left-hand corner of the first page of each document presented for filing . . ."  In each of the current documents filed with the court (Docs. 1-2, 4, 6-7) by plaintiff, Amyra Nicholson, who is proceeding in propria persona or pro se, the following is set forth in the upper left-hand corner of the first page of each document:

>Amyra Nicholson
>3204 Cornell Street
>Bakersfield, California 93306
>Telephone (None)
>In Pro Per

The Court, not being able to communicate with or contact plaintiff by telephone, respectfully suggests that plaintiff perhaps provide the Court with even a message telephone number, i.e., that of a neighbor, etc.  In fact, this Court's staff called Directory Assistance for the Bakersfield area at (661) 555-1212 in an attempt to locate a telephone number for pro se plaintiff.  However, the operator advised that there is a telephone number for an A. Nicholson in Oxnard, Santa Clarita, and San Luis Obispo, only, but not in Bakersfield.

Third, regarding plaintiff's pending motion for limited pre-trial discovery (Doc. 7), filed February 3, 2009, and due to the Court not being able to communicate with or contact plaintiff by telephone simply as a courtesy prior to setting a status conference,

1     IT IS HEREBY ORDERED:

2     1. That this matter is SET for a status conference, for which plaintiff must **PERSONALLY APPEAR**, on Monday, **May 11, 2009 at 11:00 a.m.**, in Courtroom No. 7 on the Sixth Floor of the United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the Honorable Sandra M. Snyder, United States Magistrate Judge.

    Plaintiff is ADVISED that failure to personally appear on May 11, 2009 at 11:00 a.m., constituting a failure to comply with an order of the Court, may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).

    2. That the Clerk's Office serve pro se plaintiff with this order at her current address of record as follows:

        Amyra Nicholson
        3204 Cornell Street
        Bakersfield, CA 93306

IT IS SO ORDERED.

**Dated: May 1, 2009**                 /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE