JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA  93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiffs AMYRA NICHOLSON; C.W., minor, by AMYRA
NICHOLSON, G.A.L.; R.S.W., minor, by AMYRA NICHOLSON, G.A.L.;
BRITTANY WILLIAMS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON; C.W., minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS; | ) No. 1:08-cv-01168-AWI-BAK ) ) ) ORDER APPOINTING AMYRA ) NICHOLSON GUARDIAN ) AD LITEM FOR MINOR ) PLAINTIFF C.W. [Doc. 19] |
|     Plaintiffs, | ) ) (Fed. R. Civ. Pro. 17(c); |
| vs. | ) Local Rule 17-202(a)) ) |
| CITY OF BAKERSFIELD; et al., | ) ) |
|     Defendants. | ) |

    Having considered the petition of Amyra Nicholson for the appointment of Guardian ad Litem for C.W., minor, who is a plaintiff in the above-captioned matter, and good cause appearing,

    IT IS HEREBY ORDERED that Amyra Nicholson be, and is hereby, appointed Guardian ad Litem for C.W. in this action.

**IT IS SO ORDERED.**

**Dated:    October 26, 2009**         **/s/ Sandra M. Snyder**
                                    **UNITED STATES MAGISTRATE JUDGE**