# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMYRA NICHOLSON, et al., | CASE NO. 1:08-cv-01168-AWI-SKO |
| Plaintiffs, | **ORDER DENYING IN PART AND GRANTING IN PART PARTIES' STIPULATED REQUEST FOR AMENDMENT TO THE SCHEDULE** |
| v. | |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | (Docket No. 41) |
| _____/ | |

On January 19, 2011, the parties submitted a stipulated request to amend the Scheduling Order issued on April 27, 2010. The parties propose that all deadlines and dates related to discovery, pre-trial motions, and the Settlement Conference be extended. Many of the dates proposed, however, are not feasible. For example, the parties request that the dispositive motion filing date be extended to October 28, 2011; however, this is unworkable as the Pre-Trial Conference is set for November 18, 2011, resulting in the dispositive motion hearing date necessarily set *after* the Pre-Trial Conference.

The Court simply cannot accommodate the proposed schedule given the dates for the Pre-Trial Conference and the Trial. The Court will, however, extend the deadlines as follows:

1. Non-Expert Discovery            May 25, 2011
2. Expert Disclosure               June 1, 2011

| | | | |
|---|---|---|---|
| 1 | 3. | Supp. Expert Disclosures | June 20, 2011 |
| 2 | 4. | Expert Discovery | July 11, 2011 |
| 3 | 5. | Settlement Conference | July 26, 2011 |

**All other dates remain the unchanged as follows**:

| | | | |
|---|---|---|---|
| 6. | Non-Dispositive Motion Filing | July 22, 2011 |
| 7. | Non-Dispositive Motion Hearing | August 24, 2011[1] |
| 8. | Dispositive Motion Filing | August 29, 2011 |
| 9. | Dispositive Motion Hearing | October 3, 2011 |
| 10. | Pre-Trial Conference | November 18, 2011 |
| 11. | Trial | January 10, 2012 |

IT IS SO ORDERED.

Dated:   **January 20, 2011**                         /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Non-Dispositive Motion Hearing deadline was originally set for August 26, 2011, which is a Friday. However, Judge Oberto only hears law and motion on Wednesdays. The date has been changed to reflect that schedule.