1  OFFICE OF COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By Andrew C. Thomson, Deputy (Bar # 149057)
   County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone: (661) 868-3800
   Facsimile: (661) 868-3805
5
   Attorney for Defendants,
6  County of Kern and H. Appleton

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

| AMYRA NICHOLSON; C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD; et al.,<br><br>Defendants. | Case No. 1:08-CV-01168-AWI-SKO<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON<br><br>[Fed.R.Civ.Proc. Rule 41(a)(A)(ii)] |
|---|---|

**IT IS HEREBY STIPULATED**, by and between Plaintiffs Amyra Nicholson, C.W. a minor by her Guardian Ad Litem Amyra Nicholson, R.S.W. minor by his Guardian Ad Litem Amyra Nicholson, and Brittany Williams (hereinafter collectively "Plaintiffs") through their counsel of record James C. Holland, Defendants City of Bakersfield and Police Officers R. Dossey, R. Slayton, K. Ursery, J. Cooley, J. Martin, R. Dulan, J. Finney, S. Tunnicliffe, and M. Pflugh (hereinafter collectively "City Defendants") through their counsel of record Michael E. Lehman and Defendants County of Kern and H. Appleton (hereinafter collectively "County Defendants") as represented by Andrew C. Thomson, Deputy County Counsel, that the above-captioned action be, and hereby is, dismissed with prejudice, as to Defendants County of Kern and H. Appleton only,

1  pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each settling party is to bear its own
2  costs and fees.

3  Dated: April 26, 2011         **LAW OFFICE OF JAMES C. HOLLAND**

6                                 By  /s/ James C. Holland
                                  James C. Holland, Counsel for Plaintiffs Amyra
                                  Nicholson, C.W., R.S.W. and Brittany Williams

8  Dated: April 26, 2011         **MARDEROSIAN, RUNYON, CERCONE & LEHMAN**

10                                By  /s/ Michael E. Lehman
                                  Michael E. Lehman, Counsel for Defendants City of
11                                Bakersfield and Police Officers R. Dossey, R. Slayton,
                                  K. Ursery, J. Cooley, J. Martin, R. Dulan, J. Finney,
12                                S. Tunnicliffe, and M. Pflugh

14  Dated: April 26, 2011        **OFFICE OF KERN COUNTY COUNSEL**

16                                By  /s/ Andrew C. Thomson
                                  Andrew C. Thomson, Deputy County Counsel for
17                                Defendants County of Kern and H. Appleton

20                                **ORDER**

22  IT IS SO ORDERED.

23
24  Dated:   April 27, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

Stipulation of Dismissal and Order Thereon

2