1  JAMES C. HOLLAND; SBN 134233
   Attorney at Law
2  134 North Conyer St.
   Visalia, CA 93291
3  (559) 741-1112
   FAX: (559) 741-1113
4

5  Attorney for plaintiffs AMYRA NICHOLSON; C.W., minor, by AMYRA
   NICHOLSON, G.A.L.; R.S.W., minor, by AMYRA NICHOLSON, G.A.L.;
6  BRITTANY WILLIAMS

7
                    UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
   AMYRA NICHOLSON; et al.,            ) No. 1:08-CV-01168-AWI-SKO
11                                     )
        Plaintiffs,                    ) STIPULATION AND ORDER
12                                     ) EXTENDING NON-DISPOSITIVE
   vs.                                 ) MOTION FILING CUTOFF
13                                     ) AS TO REQUESTED INTERNAL
   CITY OF BAKERSFIELD; et al.,        ) AFFAIRS MATERIALS
14                                     )
        Defendants.                    )
15 _____

16      TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the

17 parties, by and through counsel of record, do hereby stipulate

18 and agree as follows:

19      Whereas, counsel continue to meet and confer in efforts to

20 resolve the parties' differences as to production of Defendant

21 City's Internal Affairs materials requested by Plaintiffs;

22      the Non-Dispositive Motion Filing Cutoff Date should be

23 extended as to Defendant City's Internal Affairs materials

24 requested by plaintiffs, so as to allow a motion to compel

25 ///

26 ///

27 ///

28 ///

production of such materials to be heard by August 24, 2011 on shortened notice, in the event that the parties are unable to reach agreement.

Dated: July 29, 2011        /s/ James C. Holland
                            James C. Holland, Attorney for
                            Plaintiffs AMYRA NICHOLSON; C.W.,
                            minor, by AMYRA NICHOLSON, G.A.L.;
                            R.S.W., minor, by AMYRA NICHOLSON,
                            G.A.L.; BRITTANY WILLIAMS

                            MARDEROSIAN, RUNYON, CERCONE &
                            LEHMAN

Dated: July 29, 2011        /s/ Michael Lehman
                        By: MICHAEL LEHMAN, Attorneys for
                            Defendants CITY OF BAKERSFIELD,
                            BAKERSFIELD POLICE DEPARTMENT,
                            BAKERSFIELD POLICE OFFICERS RICHARD
                            DOSSEY, R. SLAYTON, K. URSERY, J.
                            FINNEY, SCOTT TUNICLIFFE and
                            SERGEANT MATT PFLUGH

## **ORDER**

The parties' stipulated request is GRANTED. The non-dispositive motion deadline shall be extended for the sole purpose of allowing the filing of a motion to compel as to Defendant City of Bakersfield's Internal Affairs materials, should the parties not reach an agreement regarding production of those documents.

Accordingly, it is HEREBY ORDERED THAT:

1. Any motion to compel regarding Defendant City of Bakersfield's Internal Affairs materials shall be filed **on or before August 9, 2011;**

2. The opposition to such a motion to compel must be filed **on or before August 15, 2011;**

3. An optional reply brief may be filed **on or before August 17, 2011;** and

4. The motion to compel shall be heard on shortened time **on August 24, 2011, at 9:30 a.m.** in Courtroom 8, 6th floor, before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:   August 3, 2011**                              **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE