1  JAMES C. HOLLAND; No. 134233
   Attorney at Law
2  134 North Conyer St.
   Visalia, CA 93291
3  (559) 741-1112
   FAX: (559) 741-1113
4

5  Attorney for plaintiffs AMYRA NICHOLSON; C.W., minor, by AMYRA
   NICHOLSON, G.A.L.; R.S.W., minor, by AMYRA NICHOLSON, G.A.L.;
6  BRITTANY WILLIAMS

7
                    UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
    AMYRA NICHOLSON; et al.,        ) No. 1:08-CV-01168-AWI-SKO
11                                  )
         Plaintiffs,                ) STIPULATION AND ORDER
12                                  ) EXTENDING TIME FOR
    vs.                             ) OPPOSITION AND REPLY
13                                  ) AND CONTINUING HEARING
    CITY OF BAKERSFIELD; et al.,    ) DATE AND CUT-OFF DATE
14                                  ) DISPOSITIVE MOTION HEARINGS
         Defendants.                )
15

16      TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the

17 parties, by and through counsel of record, do hereby stipulate

18 and agree as follows:

19      Whereas, Plaintiffs' counsel has for the past 2+ weeks been

20 attending to an emergency medical situation involving out of

21 state family, and therefore good cause appearing,

22      the time for filing of Plaintiffs' papers opposing

23 Defendants' Motion for Summary Judgment/Adjudication (Doc # 51)

24 now set for hearing October 3, 2011, should and shall be extended

25 to September 26; accordingly, the time for filing of Defendants'

26 Reply papers should and shall be extended to October 3; and that

27 the hearing on Defendants' said motion should and shall be

28 continued to October 10 or a date adjacent thereto that is

1

convenient for the Court's calendar; and that the Scheduling Order Cut-Off date for Dispositive Motion hearings be continued to the new date that is set for the hearing.

Dated: 09/19/11                    /s/ James C. Holland
                                   James C. Holland, Attorney for
                                   Plaintiffs AMYRA NICHOLSON; C.W.,
                                   minor, by AMYRA NICHOLSON, G.A.L.;
                                   R.S.W., minor, by AMYRA NICHOLSON,
                                   G.A.L.; BRITTANY WILLIAMS

                                   MARDEROSIAN, RUNYON, CERCONE &
                                   LEHMAN

Dated: 09/19/11                    /s/ Michael Lehman
                                   By:  MICHAEL LEHMAN, Attorney for
                                   Defendants CITY OF BAKERSFIELD,
                                   BAKERSFIELD POLICE DEPARTMENT,
                                   BAKERSFIELD POLICE OFFICERS RICHARD
                                   DOSSEY, R. SLAYTON, K. URSERY, J.
                                   FINNEY, SCOTT TUNICLIFFE and
                                   SERGEANT MATT PFLUGH

The hearing on Defendants' Motion for Summary Judgment or in the alternative Summary Adjudication, and the Cut-off date for hearings on Dispositive Motions are hereby continued to October 11, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated:     September 20, 2011                    /s/
                                   CHIEF UNITED STATES DISTRICT JUDGE