IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON, C.W. a minor by her guardian ad litem Amyra Nicholson, R.S.W. a minor by his guardian ad litem Amyra Nicholson, and BRITTANY WILLIAMS,<br><br>        Plaintiffs,<br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendants. | 1:08-CV-1168 AWI SKO<br><br>ORDER TAKING DEFENDANTS' MOTION UNDER SUBMISSION AND ORDER ON PLAINTIFF'S REQUEST TO AMEND COMPLAINT |

Currently set for hearing and decision on October 11, 2011, is Defendants' motion for summary judgment. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

Additionally, as part of the opposition, Plaintiffs request permission to add Bakersfield Officer Lynn Martinez as one of the unnamed Doe defendants. Martinez was deposed in this case, and Plaintiffs contend that she is responsible for allegedly conducting improper strip searches. Defendants oppose Plaintiffs' request, and in part cite a number of procedural problems. The Court agrees that Plaintiffs' request is insufficient, and will deny it. See Local Rule 137, 230. However, the Court will give Plaintiffs the opportunity to file with the Magistrate Judge a formal motion to amend the complaint in order to add Bakersfield Officer Lynn Martinez

as a defendant. The motion should comply with the Local Rules, and should explain why there was not an attempt to include Martinez sooner than September 27, 2011.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of October 11, 2011, is VACATED, and the parties shall not appear at that time;
2. As of October 11, 2011, the Court will take Defendants' motion for summary judgment under submission and will thereafter issue its decision;
3. Within five court days of the service of this order, Plaintiffs may file with the Magistrate Judge a motion to amend their complaint (that complies with the local rules) in order to add Bakersfield Officer Lynn Martinez as a defendant; and
4. Upon the filing of the motion to amend, a further briefing schedule and, if necessary, a hearing date will be set by and before the Magistrate Judge.[1]

IT IS SO ORDERED.

Dated: October 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the pre-trial conference is set for November 18, 2011, and trial is set for January 10, 2012. If the Magistrate Judge finds that Plaintiffs' motion to amend is meritorious, the Magistrate Judge has the discretion to set new trial and discovery dates, as may be appropriate.

2