```
1   JAMES C. HOLLAND; SBN 134233
    Attorney at Law
2   134 North Conyer St.
    Visalia, CA 93291
3   (559) 741-1112
    FAX: (559) 741-1113
4

5   Attorney for plaintiffs AMYRA NICHOLSON; C.W., minor, by AMYRA
    NICHOLSON, G.A.L.; R.S.W., minor, by AMYRA NICHOLSON, G.A.L.;
6   BRITTANY WILLIAMS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON; C.W., minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY, R. SLAYTON, K. URSERY, J. COOLEY, J. MARTIN, RONNIE DULAN, J. FINNEY, SCOTT TUNNICLIFFE and SERGEANT MATT PFLUGH; COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPUTY H. APPLETON; DOES 1-10;<br><br>    Defendants. | No. 1:08-cv-01168-AWI-SKO<br><br>JOINT APPLICATION, STIPULATION AND ORDER MODIFYING SCHEDULING ORDER |

   To All Interested Persons, Please Take Notice that the parties hereto, by and through counsel of record, do hereby stipulate and agree that,

   Whereas, Motions for Summary Judgment/Adjudication and to Amend the Third Amended Complaint are now pending,

   the existing Scheduling Order (doc.#40) should be modified as follows:

| **Event** | **Prior Date** | **New Date** |
|---|---|---|
| Settlement Conference | 11/01/11 | 12/20/11 |
| Pre Trial conference | 11/18/11 | 01/19/12 |
| Trial | 01-10-12 | 04/17/12 |

Respectfully submitted,

Dated: 10/24/11                    /s/ James C. Holland
JAMES C. HOLLAND, Attorney for plaintiffs AMYRA NICHOLSON; C.W., a minor, by AMYRA NICHOLSON GAL; R.S.W., a minor, by AMYRA NICHOLSON, GAL; BRITTANY WILLIAMS

MARDEROSIAN, RUNYON, CERCONE & LEHMAN

Dated: 10/24/11                    /s/ Michael Lehman
By: MICHAEL LEHMAN, Attorney for Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY, R. SLAYTON, K. URSERY, J. FINNEY, SCOTT TUNICLIFFE and SERGEANT MATT PFLUGH

**ORDER**

IT IS SO ORDERED.

**Dated:   October 24, 2011**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE