1  JAMES C. HOLLAND; SBN 134233
   Attorney at Law
2  134 North Conyer St.
   Visalia, CA 93291
3  (559) 741-1112
   FAX: (559) 741-1113
4

5  Attorney for plaintiffs AMYRA NICHOLSON; C.W., minor, by AMYRA
   NICHOLSON, G.A.L.; R.S.W., minor, by AMYRA NICHOLSON, G.A.L.;
6  BRITTANY WILLIAMS

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 AMYRA NICHOLSON; C.W., minor,      ) No. 1:08-cv-01168-AWI-SKO
   by AMYRA NICHOLSON, Guardian Ad    )
12 Litem; R.S.W., minor, by AMYRA     ) JOINT APPLICATION,
   NICHOLSON, Guardian Ad Litem;      ) STIPULATION AND ORDER
13 BRITTANY WILLIAMS;                 ) MODIFYING SCHEDULING ORDER
                                      )
14      Plaintiffs,                   )
                                      )
15 vs.                                )
                                      )
16 CITY OF BAKERSFIELD; BAKERSFIELD   )
   POLICE OFFICERS RICHARD DOSSEY, R. )
17 SLAYTON, K. URSERY, J. COOLEY, J.  )
   MARTIN, RONNIE DULAN, J. FINNEY,   )
18 SCOTT TUNNICLIFFE and SERGEANT     )
   MATT PFLUGH; COUNTY OF KERN;       )
19 KERN COUNTY SHERIFF'S DEPUTY H.    )
   APPLETON; DOES 1-10;               )
20                                    )
        Defendants.                   )
21 _____)

22      To All Interested Persons, Please Take Notice that the

23 parties hereto, by and through counsel of record, do hereby

24 stipulate and agree that,

25      Whereas, Motions for Summary Judgment/Adjudication and to

26 Amend the Third Amended Complaint are now pending,

27      the existing Scheduling Order (doc.#40) should be modified

28 as follows:

| **Event** | **Prior Date** | **New Date** |
|---|---|---|
| Settlement Conference | 11/01/11 | 12/20/11 |
| Pre Trial conference | 11/18/11 | 01/19/12 |
| Trial | 01-10-12 | 04/17/12 |

     Respectfully submitted,

Dated: 10/24/11            /s/ James C. Holland
                           JAMES C. HOLLAND, Attorney for
                           plaintiffs AMYRA NICHOLSON;
                           C.W., a minor, by AMYRA NICHOLSON
                           GAL; R.S.W., a minor, by AMYRA
                           NICHOLSON, GAL; BRITTANY WILLIAMS

                           MARDEROSIAN, RUNYON, CERCONE &
                           LEHMAN

Dated: 10/24/11            /s/ Michael Lehman
                           By:  MICHAEL LEHMAN, Attorney for
                           Defendants CITY OF BAKERSFIELD,
                           BAKERSFIELD POLICE DEPARTMENT,
                           BAKERSFIELD POLICE OFFICERS RICHARD
                           DOSSEY, R. SLAYTON, K. URSERY, J.
                           FINNEY, SCOTT TUNICLIFFE and
                           SERGEANT MATT PFLUGH

                           **ORDER**

IT IS SO ORDERED.

**Dated:   October 24, 2011**            **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE