1  Michael G. Marderosian, No. 077296
   Michael E. Lehman, No. 133523
2  Heather S. Cohen, No. 263093
   MARDEROSIAN, RUNYON, CERCONE & LEHMAN
3  1260 Fulton Mall
   Fresno, CA 93721
4  Telephone:  (559) 441-7991
   Facsimile: (559) 441-8170
5
   Virginia Gennaro, No. 138877
6  City Attorney
   CITY OF BAKERSFIELD
7  1501 Truxtun Avenue
   Bakersfield, CA  93301
8  Telephone:  (661) 326-3721
   Facsimile:  (661) 852-2020
9
   Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE
10              DEPARTMENT, BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY,
                RYAN SLAYTON, KYLE URSERY, JOSEPH COOLEY, JEFFREY MARTIN,
11              RONNIE DULAN, JOAHUA FINNEY, SCOTT TUNICLIFFE and SERGEANT
                MATT PFLUGH
12

13                         UNITED STATES DISTRICT COURT

14                        EASTERN DISTRICT OF CALIFORNIA

15

| AMYRA NICHOLSON; C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS, | Case No. 1:08-CV-01168 AWI-SKO |
|---|---|
| Plaintiffs, | **STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND PRETRIAL CONFERENCE AND ORDER THEREON** |
| v. | |
| CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY; R. SLAYTON; K. URSERY; J. COOLEY; J. MARTIN; RONNIE DULAN; J. FINNEY; SCOTT TUNICLIFFE; SERGEANT MATT PFLUGH; COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPUTY H. APPLETON; DOES 1-10, | |
| Defendants. | |

27       IT IS HEREBY STIPULATED by and between the parties hereto, that the mandatory

28  settlement conference and pretrial hearing in this matter shall be continued as follows

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721

1.    The mandatory settlement conference scheduled for December 20, 2011, shall be continued to February 9, 2012, at 10:30 a.m. in Department No. 7 of the above-entitled court.

2.    The pretrial hearing scheduled for January 19, 2012, shall be continued to February 23, 2012, at 8:30 a.m. in Department No. 2 of the above-entitled court.

Dated: December 19, 2011.    MARDEROSIAN, RUNYON,
                                            CERCONE & LEHMAN

By:   /s/ Michael E. Lehman
       Michael E. Lehman
       Attorney for Defendant above-named.

Dated: December 19, 2011.    LAW OFFICES OF JAMES C. HOLLAND

By:   /s/ James C. Holland
       James C. Holland
       Attorney for plaintiffs above-named

## ORDER

The Court hereby orders as follows:

1.    The mandatory settlement conference scheduled for December 20, 2011, is continued to February 9, 2012, at 10:30 a.m. in Department No. 7 of the above-entitled court.

2.    The pretrial hearing scheduled for January 19, 2012, is continued to February 23, 2012, at 8:30 a.m. in Department No. 2 of the above-entitled court.

IT IS SO ORDERED.

**Dated:   December 19, 2011**           /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE

RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721