Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY, RYAN SLAYTON, KYLE URSERY, JOSEPH COOLEY, JEFFREY MARTIN, RONNIE DULAN, JOAHUA FINNEY, SCOTT TUNICLIFFE and SERGEANT MATT PFLUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMYRA NICHOLSON; C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS,

Plaintiffs,

v.

CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY; R. SLAYTON; K. URSERY; J. COOLEY; J. MARTIN; RONNIE DULAN; J. FINNEY; SCOTT TUNICLIFFE; SERGEANT MATT PFLUGH; COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPUTY H. APPLETON; DOES 1-10,

Defendants.

Case No. 1:08-CV-01168 AWI-SKO

**STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND PRETRIAL CONFERENCE AND ORDER THEREON**

IT IS HEREBY STIPULATED by and between the parties hereto, that the mandatory settlement conference and pretrial hearing in this matter shall be continued as follows

1. The mandatory settlement conference scheduled for December 20, 2011, shall be continued to February 9, 2012, at 10:30 a.m. in Department No. 7 of the above-entitled court.

2. The pretrial hearing scheduled for January 19, 2012, shall be continued to February 23, 2012, at 8:30 a.m. in Department No. 2 of the above-entitled court.

Dated: December 19, 2011.

MARDEROSIAN, RUNYON,
CERCONE & LEHMAN

By: /s/ Michael E. Lehman
Michael E. Lehman
Attorney for Defendant above-named.

Dated: December 19, 2011.

LAW OFFICES OF JAMES C. HOLLAND

By: /s/ James C. Holland
James C. Holland
Attorney for plaintiffs above-named

**ORDER**

The Court hereby orders as follows:

1. The mandatory settlement conference scheduled for December 20, 2011, is continued to February 9, 2012, at 10:30 a.m. in Department No. 7 of the above-entitled court.

2. The pretrial hearing scheduled for January 19, 2012, is continued to February 23, 2012, at 8:30 a.m. in Department No. 2 of the above-entitled court.

IT IS SO ORDERED.

**Dated: December 19, 2011**

**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE