Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY and SERGEANT MATT PFLUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON; C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY; R. SLAYTON; K. URSERY; J. COOLEY; J. MARTIN; RONNIE DULAN; J. FINNEY; SCOTT TUNICLIFFE; SERGEANT MATT PFLUGH; COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPUTY H. APPLETON; DOES 1-10,<br><br>          Defendants. | Case No. 1:08-CV-01168 AWI-SKO<br><br>**STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto, that the pretrial conference, currently scheduled for February 23, 2012, at 8:30 a.m. be rescheduled due to the following conflicts on defense counsel, Michael E. Lehman's, calendar:

1.     Defense counsel is scheduled to appear for a pretrial conference on February 23, 2012, at 8:30 a.m. in Courtroom No. 4 of this Court in the case of *Vilchis v. City of Bakersfield, et al.*, Case No. 1:10-CV-00893-LJO-JLT;

2.     Defense counsel is scheduled to telephonically appear for a case management conference and order to show cause hearing on February 23, 2012, at 8:30 a.m. in Department No. 14 of the Kern County Superior Court in the case of *Wilhite v. Bakersfield Police Department, et al.*, Case No. S-1500-CL-260344-LSE; and

3.     Defense counsel is scheduled to telephonically appear for a case management conference on February 23, 2012, at 8:30 a.m. in Department No. 15 of the Kern County Superior Court in the case of *Slaughter v. City of Bakersfield*, Case No. S-1500-CV-271472-WPD.

4.     Defense co-counsel Michael G. Marderosian is currently involved in attending court ordered depositions in the case of *Abarca, et al. v. Merck & Co. Inc., et al.*, Case No. 1:08-CV-388-DOC. Mr. Marderosian is the court ordered designated counsel for the depositions and as such is unavailable on February 23, 2012, for the pretrial conference in this matter.

Both plaintiff's counsel and defense counsel are available on February 22, 2012, February 27, 2012, and February 28, 2012. Counsel are not available on February 24, 2012.

Dated: February 6, 2012                    MARDEROSIAN, RUNYON,
                                           CERCONE & LEHMAN


                                           By:    /s/ Michael E. Lehman
                                                  Michael E. Lehman
                                                  Attorney for Defendant above-named.

Dated: February 6, 2012                    LAW OFFICES OF JAMES C. HOLLAND


                                           By:    /s/ James C. Holland
                                                  James C. Holland
                                                  Attorney for plaintiffs above-named

**ORDER**

IT IS HEREBY ORDERED THAT the pretrial conference scheduled for February 23, 2012, at 8:30 a.m. in Courtroom No. 2 is rescheduled to February 22, 2012, at 8:30 a.m. in Courtroom No. 2 of the above-entitled court.

IT IS SO ORDERED.

Dated:   February 6, 2012

CHIEF UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721