1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMYRA NICHOLSON, C.W. a minor by<br>her guardian ad litem Amyra Nicholson,<br>R.S.W. a minor by his guardian ad litem<br>Amyra Nicholson, and BRITTANY<br>WILLIAMS,<br><br>                    Plaintiffs,<br>          v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>                    Defendants. | 1:08-CV-1168  AWI SKO<br><br><br>**ORDER ON STIPULATION TO<br>VACATE DATES AND ORDER<br>RELATING CASES** |

11

12

13

14

15

16

17

18

19     On February 14, 2012, the parties filed the following stipulation:

20          TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the
    parties, by and through counsel of record, do hereby stipulate and agree as
21   follows:

22          Whereas Case No. 1:11-CV-02041-AWI-JLT, entitled *C.W., minor, et
    al., vs. Martinez, et al.*, has been filed and
23

24          Whereas, the foregoing case is related to this instant case and arises out of
    the same operative facts (plaintiffs' counsel has advised that he will be filing a
    Notice of Related Case in *C.W., et al. v. Martinez,* Case No. 1:-11-CV-02041-
25   AWI-JLT),

26          Whereas, the parties herein desire to consolidate these two cases and the
    interest of judicial economy dictates, that the Settlement Conference now set for
27   February 21, 2012, the Pre-Trial Conference now set for February 22, 2012, and
    the trial now set for April 17, 2012, should be vacated and a Scheduling
28   Conference set, in order that operative pleadings can be determined, following

service and response, and further discovery be done in accordance with the new operative dates.

Doc. No. 83.

The Court will give effect to the stipulation by vacating the currently set settlement conference, pre-trial, and trial dates.  Additionally, despite counsels' failure to file a notice of related cases prior to this point, see Local Rule 123(b), the Court will relate this case with the later filed *C.W. v. Martinez,* 1:11‑CV‑2041‑AWI‑JLT, since both cases involve similar questions of fact and law.  See Local Rule 123(a)(3).  Assignment to the same judges is likely to effect a substantial savings of judicial effort.  See Local Rule 123(c).  Additionally, at the request of the parties, see Doc. No. 83, the Court will not consolidate these cases at this time.

Accordingly, IT IS HEREBY ORDERED that:

1.   The currently set settlement conference, pre-trial conference, and trial dates in the case of *Nicholson v. City of Bakersfield* 1:08-CV-1168 AWI SKO are VACATED;

2.   Pursuant to Local Rule 123, the cases of *Nicholson v. City of Bakersfield* 1:08-CV-1168 AWI SKO and *C.W. v. Martinez* 1:11-CV-2041 AWI JLT are hereby RELATED;

3.   The case of *C.W. v. Martinez* 1:11-CV-2041 AWI JLT shall be RENUMBERED and the new number shall be 1:11-CV-2041 AWI SKO, and all future filings in that case shall be filed under the case number of 1:11-CV-2041 AWI SKO;

4.   The parties shall jointly contact Magistrate Judge Oberto's chambers no later than February 22, 2012, for the purposes of setting a status conference (to be held before Magistrate Judge Oberto) regarding how to proceed from this point forward relative to case 1:08-CV-1168 AWI SKO and case 1:11-CV-2041 AWI SKO; and

5.   The Clerk shall file a copy of this order in case number 1:11-CV-2041 AW SKO.

IT IS SO ORDERED.

Dated:     February 15, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE