# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON, et al., | CASE NO. 1:08-cv-01168-AWI-SKO |
| Plaintiffs, | RELATED CASE NO.: 1:11-cv-02041-AWI-SKO |
| v. | |
| BAKERSFIELD POLICE OFFICER DOSSEY, BADGE #897, et al., | **ORDER SETTING SCHEDULING CONFERENCE** |
| Defendants. | |

On May 3, 2012, the parties in Case Number 1:08-cv-01168-AWI-SKO (*Nicholson, et al. v. Dossey, Badge #897, et al.*) and Case Number 1:11-cv-02041-AWI-SKO (*C.W. et al. v. Martinez, et al.*) filed a joint status report indicating that the parties desire that a scheduling conference be set so that all the dates in both cases may be scheduled. (*See* Docs. 90 and 15, respectively.) The parties propose that the two cases be consolidated for trial and pretrial discovery.

As such, the status conference currently set for May 10, 2012, is VACATED and a scheduling conference is SET for May 24, 2012, at 9:30 a.m. in Courtroom 7. In preparation for the scheduling conference, the parties shall file a joint scheduling report that proposes dates and deadlines for each case and file this joint report on or before Thursday, May 17, 2012.

IT IS SO ORDERED.

**Dated:   May 7, 2012**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE