1  Michael G. Marderosian, No. 077296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN, RUNYON, CERCONE & LEHMAN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA 93301
   Telephone: (661) 326-3721
8  Facsimile: (661) 852-2020

9  Attorneys for: Defendants CITY OF BAKERSFIELD, RICHARD DOSSEY, SERGEANT MATT
               PFLUGH, LYNN MARTINEZ and ANTHONY WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON; C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY and SERGEANT MATT PFLUGH,<br><br>Defendants. | Case No. 1:08-CV-01168 AWI-SKO<br>(consolidated with 1:11-CV-2041-AWI-SKO)<br><br>**AMENDED STIPULATION TO MODIFY THE SCHEDULING ORDER AND THEREON** |
| C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem,<br><br>Plaintiffs,<br><br>v.<br><br>LYNN MARTINEZ, Bakersfield Police Officer; ANTHONY WHITE, Bakersfield Police Officer, DOES 1-10,<br><br>Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that additional time is needed to conduct discovery relating to plaintiffs R.S.W. and Christina Watkins. Discovery proceedings have been delayed due to the illness and ultimate death of Amyra Nicholson on August 14, 2012. Further, due to the recent death of Amyra Nicholson, a new guardian will need to be appointed for the minor plaintiff R.S.W. Therefore, the parties request that the scheduling order be modified as set forth below. The requested continuances will not, in any way, affect the trial date of August 20, 2013.

| Deadline/Hearing | Current Date | Requested Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | October 1, 2012 | February 1, 2013 |
| Disclosure of Expert Witnesses | October 12, 2012 | February 15, 2013 |
| Disclosure of Rebuttal Expert Witnesses | October 26, 2012 | February 28, 2013 |
| Expert Discovery Cutoff | November 16, 2012 | March 15, 2013 |
| Non-Dispositive Motions | November 21, 2012 | March 15, 2013 |
| Hearing on Non-Dispositive Motions | December 19, 2012 | April 15, 2013 |
| Settlement Conference | January 24, 2013 | April 26, 2013 |
| Dispositive Pretrial Motions | February 1, 2013 | March 22, 2013 |
| Hearing on Dispositive Motions | March 18, 2013 | May 8, 2013 |

Dated: September 4, 2012         MARDEROSIAN, RUNYON,
                                 CERCONE & LEHMAN


By:   /s/ Michael G. Marderosian
      Michael G. Marderosian,
      Attorney for Defendants
      above-named.

Dated: September 4, 2012         LAW OFFICES OF JAMES C. HOLLAND


By:     /s/ James C. Holland
        James C. Holland
        Attorney for plaintiffs above-named.

**ORDER**

IT IS HEREBY ORDERED that the scheduling order be modified as follows:

| Deadline/Hearing | Current Date | Proposed/ Other Date[1] |
|---|---|---|
| Non-Expert Discovery Cutoff | October 1, 2012 | February 1, 2013 |
| Disclosure of Expert Witnesses | October 12, 2012 | February 15, 2013 |
| Disclosure of Rebuttal Expert Witnesses | October 26, 2012 | February 28, 2013 |
| Expert Discovery Cutoff | November 16, 2012 | March 15, 2013 |
| Non-Dispositive Motions | November 21, 2012 | March 15, 2013 |
| Hearing on Non-Dispositive Motions | December 19, 2012 | April 17, 2013 |
| Settlement Conference | January 24, 2013 | April 25, 2013 |
| Dispositive Pretrial Motions | February 1, 2013 | March 22, 2013 |
| Hearing on Dispositive Motions | March 18, 2013 | May 6, 2013 |
| Pre-Trial Conference | June 26, 2013 | **No Change** |
| Trial | August 20, 2013 | **No Change** |

IT IS SO ORDERED.

**Dated:   September 4, 2012**                              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] To accommodate the Court's calendaring for law and motion hearings as well as settlement conferences, as set forth above, the parties' proposed dates are altered as follows:  the non-dispositive motion hearing deadline is set for **Wednesday, April 17, 2013**; the Settlement Conference is set for **Thursday, April 25, 2013, at 10:30 a.m. in Courtroom 7**; and the deadline for the hearing on any dispositive motions is set for **Monday, May 6, 2013.**  This matter remains set for a pre-trial conference on June 26, 2013, and trial on August 20, 2013.