1  Michael G. Marderosian, No. 077296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN, RUNYON, CERCONE & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA 93301
   Telephone: (661) 326-3721
8  Facsimile: (661) 852-2020

9  Attorneys for: Defendants CITY OF BAKERSFIELD, RICHARD DOSSEY, SERGEANT MATT
   PFLUGH, LYNN MARTINEZ and ANTHONY WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON; C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY and SERGEANT MATT PFLUGH,<br><br>Defendants. | Case No. 1:08-CV-01168 AWI-SKO<br>(consolidated with 1:11-CV-2041-AWI-SKO)<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF AMYRA NICHOLSON, ONLY, OF ALL CLAIMS AND DISMISSAL OF DEFENDANT ANTHONY WHITE AND ORDER THEREON** |
| C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem,<br><br>Plaintiffs,<br><br>v.<br><br>LYNN MARTINEZ, Bakersfield Police Officer; ANTHONY WHITE, Bakersfield Police Officer, DOES 1-10,<br><br>Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims by plaintiff AMYRA NICHOLSON, only, be dismissed as to all defendants in this action with prejudice.

In light of the dismissal of the claims of Amyra Nicholson, there are no remaining claims asserted against defendant Matt Plflugh.  Accordingly, in light of the dismissal of the Nicholson claims, defendant Matt Plflugh should also be dismissed from this action with prejudice.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims by plaintiffs against defendant ANTHONY WHITE be dismissed with prejudice.

Each party shall bear its own attorney's fees and costs of suit.

Dated:  March 22, 2013                MARDEROSIAN, RUNYON,
                                       CERCONE & COHEN


                                      By: /s/ Michael G. Marderosian
                                          Michael G. Marderosian,
                                          Attorney for Defendants
                                          above-named.

Dated:  March 22, 2013                LAW OFFICES OF JAMES C. HOLLAND


                                      By: /s/ James C. Holland
                                          James C. Holland
                                          Attorney for plaintiffs above-named.

**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that all claims by plaintiff AMYRA NICHOLSON, only, be dismissed with prejudice as to all defendants and that each party is bear its own attorney's fees and costs of suit.

IT IS FURTHER ORDERED that defendant Matt Pflugh be dismissed with prejudice.

IT IS FURTHER ORDERED that defendant Anthony White be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   March 22, 2013

_____
SENIOR DISTRICT JUDGE