# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINOR C.W., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BAKERSFIELD POLICE OFFICER<br>DOSSEY, BADGE #897, et al.<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01168-AWI-SKO<br><br>**ORDER REQUIRING PLAINTIFFS TO FILE A MOTION FOR GUARDIAN AD LITEM FOR THE MINOR PLAINTIFFS** |

On October 28, 2009, Plaintiff Amyra Nicholson ("Nicholson") was appointed Guardian ad Litem to Minor Plaintiffs C.W. and R.S.W. (Docs. 23, 24.) On August 24, 2012, the parties filed a Stipulation to Modify the Scheduling Order, noting that Nicholson had died on August 14, 2012, and a new guardian needed to be appointed for Minor Plaintiff R.S.W, but made no mention regarding the need for a guardian for Minor Plaintiff C.W. (Doc. 96.) On March 22, 2013, the parties filed a stipulation dismissing Nicholson from the action, which was granted by the Court on March 25, 2013. (Docs. 103, 104.)

As Nicholson is deceased, a new Guardian ad Litem must be appointed to represent the interests of the Minor Plaintiffs. The parties recognized this necessity on August 24, 2012, in the Stipulation to Modify the Scheduling Order filed with the Court, but Plaintiffs have not yet sought the appointment of a new guardian. A Settlement Conference in this action is scheduled for May 23, 2013, which cannot take place unless the Minor Plaintiffs have a guardian appointed prior to that date.

Accordingly, IT IS HEREBY ORDERED that, **by no later than May 8, 2013**, Plaintiffs file a Motion to Appoint a Guardian ad Litem to represent the Minor Plaintiffs. If Minor Plaintiff C.W. no longer requires a Guardian ad Litem, Plaintiffs must explain why the appointment is no longer necessary and inform the Court whether Minor Plaintiff C.W. should then be identified by her full name or why it remains appropriate to continue to identify her by her initials.

IT IS SO ORDERED.

**Dated:** **May 2, 2013**             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE