# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WATKINS, et al., | CASE NO. 1:08-cv-01168-AWI-SKO |
| Plaintiffs, | **ORDER DISCHARGING GUARDIAN AD LITEM FOR MINOR PLAINTIFF C.W.** |
| v. | |
| BAKERSFIELD POLICE OFFICER DOSSEY, BADGE #897, et al. | (Doc. 108) |
| Defendants. | **ORDER TO IDENTIFY MINOR PLAINTIFF C.W. BY HER NAME CHRISTINA WATKINS** |
| | **ORDER DISCHARGING MINOR PLAINTIFF R.S.W.'S FORMER GUARDIAN AD LITEM AND APPOINTING CHRISTINA WATKINS AS GUARDIAN AD LITEM** |
| / | (Doc. 109) |

On May 2, 2013, the Court issued an order requiring Plaintiffs to file a Motion to Appoint a Guardian ad Litem to represent the Minor Plaintiffs due to the death of Plaintiff Amyra Nicholson ("Nicholson"), who had been appointed Guardian ad Litem to Minor Plaintiffs C.W. and R.S.W. (Doc. 106.) On May 8, 2013, Plaintiffs filed a Petition by Plaintiff Christina Watkins ("Watkins"), formerly identified as Minor C.W., to discharge Nicholson as Guardian ad Litem and to terminate guardianship for Watkins since she had emancipated to adulthood. (Doc. 108.) Plaintiffs further sought to discharge Nicholson as guardian ad litem for R.S.W. and to appoint Watkins as R.S.W.'s guardian ad litem. (Doc. 109.) Plaintiffs' requests are GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Amyra Nicholson is DISCHARGED as guardian ad litem for Minor C.W. and Minor R.S.W.;
2. Minor C.W.'s guardianship is TERMINATED as she has now attained adulthood;
3. Christina Watkins is APPOINTED guardian ad litem for Minor R.S.W.; and
4. The Clerk of the Court is DIRECTED to update Minor C.W.'s name and identify her as Christina Watkins, and to rename this action as *Watkins v. Dossey* due to the death and subsequent termination of lead Plaintiff Amyra Nicholson.

IT IS SO ORDERED.

**Dated:   May 13, 2013**                          /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE