# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WATKINS, et al., | CASE NO. 1:08-cv-01168-AWI-SKO |
| Plaintiffs, | **ORDER TO SHOW CAUSE OR FILE PETITION FOR APPROVAL OF MINOR'S COMPROMISE** |
| v. | |
| BAKERSFIELD POLICE OFFICER DOSSEY, BADGE #897, et al., | Docket No. 115 |
| Defendants. | |

On June 5, 2013, counsel for Plaintiffs Christina Watkins, et al. ("Plaintiffs") filed a Notice of Settlement asserting that this matter has settled in its entirety. (Doc. 114.) On June 6, 2013, the Court issued an order stating in pertinent part that, "[a]s Plaintiff R.S.W. is a minor, Plaintiffs must file by no later than June 27, 2013, a Petition for Approval of Minor's Compromise complying with the requirements of this Court's Local Rule 202." (Doc. 115.) The Court also indicated that "[f]ailure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272." (Doc. 115.) Plaintiffs failed to file a Petition for Approval of Minor's Compromised by the June 27, 2013, deadline as ordered by the Court.

"District courts have inherent power to control their dockets and may impose sanctions, including dismissal, in the exercise of that discretion." *Hernandez v. City of El Monte*, 138 F.3d

393, 398 (9th Cir. 1998) (emphasis omitted) (holding that court may dismiss an action that abuses the judicial process using inherent powers to control dockets); *see also Frost v. Perry,* 919 F. Supp. 1459 (D. Nev. 1996) (untimely motion stricken by court using inherent powers to control its own docket).  Rule 110 of the Local Rules of the United States District Court, Eastern District of California provides that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  This includes monetary sanctions.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order, Plaintiffs shall:

1. SHOW CAUSE as to why sanctions should not be imposed for failure to comply with the Court's June 6, 2013, order; **OR**

2. FILE a Petition for Approval of Minor's Compromise as required in the Court's June 6, 2013, order.

IT IS SO ORDERED.

Dated:   **July 15, 2013**                             /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE

2