# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WATKINS, et al., | CASE NO. 1:08-cv-01168-AWI-SKO |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | (Docket No. 116) |
| BAKERSFIELD POLICE OFFICER DOSSEY, BADGE #897, et al., | |
| Defendants. | **ORDER CONTINUING HEARING DATE FOR MOTION FOR APPROVAL OF MINOR'S COMPROMISE** |
| _____/ | |

On July 15, 2013, the Court ordered Plaintiffs to file within seven (7) days of the date of the order either (1) a statement showing cause why the sanctions should not be imposed for failure to file a Petition for Approval of Minor's Compromise, or (2) a Petition for Approval of Minor's Compromise. (Doc. 116.) On July 20, 2013, Plaintiffs filed a Motion for Approval of Minor's Compromise Settlement. (Doc. 117.) Accordingly, the Court's July 15, 2013, order to show cause is DISCHARGED.

Plaintiffs noticed the hearing on the Motion for Approval of Minor's Compromise Settlement for Thursday, August 8, 2013, at 12:00 p.m. (Doc. 117.) Rule 202(b)(2) of the Local Rules for the United States District Court, Eastern District of California provides that a motion for approval of a proposed minor's settlement or compromise "shall be filed and calendared pursuant to L.R. [Local Rule] 230." Local Rule 230(b) provides that a motion shall "be heard not less than

1 twenty-eight (28) days after service and filing of the motion." Plaintiffs thus failed to provide
2 adequate notice for the motion hearing date. Further, Plaintiffs set the hearing for a Thursday at
3 12:00 p.m., whereas Magistrate Judge Sheila K. Oberto hears law and motions on Wednesdays at
4 9:30 a.m. As such, the hearing on Plaintiffs' Motion for Approval of Minor's Compromise
5 Settlement is CONTINUED to Wednesday, August 21, 2013, at 9:30 a.m.

6      Accordingly, IT IS HEREBY ORDERED that:
7     1.     The July 15, 2013, order to show cause is DISCHARGED; and
8     2.     The hearing on Plaintiffs' Motion for Approval of Minor's Compromise Settlement
9         is CONTINUED to Wednesday, August 21, 2013, at 9:30 a.m. in Courtroom 7
10         before Magistrate Judge Sheila K. Oberto.

12
13 IT IS SO ORDERED.

14    Dated:   **July 22, 2013**               **/s/ Sheila K. Oberto**
15                                                           UNITED STATES MAGISTRATE JUDGE