UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CHRISTINA WATKINS, et al., | 1:08-cv-01168 AWI SKO |
| Plaintiffs, | NEW CASE NUMBER: |
| v. | 1:08-cv-01168 SKO |
| DOSSEY, BADGE #897, et al., | |
| Defendants. | **ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Anthony W. Ishii, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:08-cv-01168 SKO**

IT IS SO ORDERED.

Dated:   August 22, 2013

SENIOR  DISTRICT  JUDGE