```
1  Michael G. Marderosian, No. 077296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN, RUNYON, CERCONE & COHEN
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone:  (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA  93301
   Telephone:  (661) 326-3721
8  Facsimile:  (661) 852-2020

9  Attorneys for:  Defendants CITY OF BAKERSFIELD, RICHARD DOSSEY, SERGEANT MATT
                   PFLUGH, LYNN MARTINEZ and ANTHONY WHITE
10
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMYRA NICHOLSON; C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; BRITTANY WILLIAMS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE OFFICERS RICHARD DOSSEY and SERGEANT MATT PFLUGH,<br><br>    Defendants. | Case No. 1:08-CV-01168 AWI-SKO<br>(consolidated with 1:11-CV-2041-AWI-SKO)<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS;  ORDER THEREON** |
| C.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem; R.S.W., a minor, by AMYRA NICHOLSON, Guardian Ad Litem,<br><br>    Plaintiffs,<br><br>    v.<br><br>LYNN MARTINEZ, Bakersfield Police Officer; ANTHONY WHITE, Bakersfield Police Officer, DOES 1-10,<br><br>    Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims by plaintiffs BRITTANY WILLIAMS, CHRISTINA WATKINS, and R.S.W., a minor by and through his Guardian ad Litem, CHRISTINA WATKINS, be dismissed as to all defendants in this action with prejudice. Each party shall bear its own attorney's fees and costs of suit.

Dated:  September 3, 2013                                         MARDEROSIAN, RUNYON, CERCONE & COHEN


By:   /s/ Michael G. Marderosian
      Michael G. Marderosian,
      Attorney for Defendants
      above-named.

Dated: September 3, 2013                                          LAW OFFICES OF JAMES C. HOLLAND


By:   /s/ James C. Holland
      James C. Holland
      Attorney for plaintiffs above-named.

### ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that all claims by plaintiffs BRITTANY WILLIAMS, CHRISTINA WATKINS, and R.S.W., a minor by and through his Guardian ad Litem, CHRISTINA WATKINS, be dismissed as to all defendants in this action with prejudice and each party shall bear its own attorney's fees and costs of suit.

This action is hereby dismissed with prejudice as to all defendants.

IT IS SO ORDERED.

Dated:   September 3, 2013

_____
SENIOR DISTRICT JUDGE

MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721